# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN RODRIGUEZ RODRIGUEZ,<br><br>Defendant. | CASE NO.: 21-CR-00771-JLS<br><br>**Order Continuing Motion Hearing/Trial Setting** |

Pursuant to joint motion, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting in this matter shall be continued from April 16, 2021 to May 21, 2021 at 1:30 p.m. The Court finds the delay attributable to the continuance to be excludable pursuant to 18 U.S.C. § 3161(h)(1)(D) and in the interest of justice for the reasons set forth in the Order of the Chief Judge No. 60 and subsequent related orders.

IT IS SO ORDERED.

Dated: April 12, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge