# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JUAN RODRIGUEZ RODRIGUEZ, <br> Defendant. | CASE NO.: 21-CR-00771-JLS <br><br> **Order Continuing Motion Hearing/Trial Setting** |

The parties' joint motion to continue sentencing from June 25, 2021 to July 30, 2021 at 9:00 a.m. is granted, on the grounds stated therein. Time is excluded pursuant to 18 U.S.C. § 3161(h)(7). The ends of justice served by a continuance in this case outweigh the best interest of the public and defendant in a speedy trial.

IT IS SO ORDERED.

Dated: June 16, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge