# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN RODRIGUEZ RODRIGUEZ,<br><br>Defendant. | CASE NO.: 21-CR-00771-JLS<br><br>**Order Continuing Motion Hearing/Trial Setting** |

The parties' joint motion to continue the motion hearing/trial setting from July 30, 2021 to September 3, 2021 at 1:30 p.m. is granted. Time is excluded pursuant to 18 U.S.C. § 3161(h)(7). For the reasons set forth in the joint motion, the Court finds that the ends of justice served by a continuance in this case outweigh the best interest of the public and defendant in a speedy trial.

IT IS SO ORDERED.

Dated: July 20, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge